J. VICTOR D'ALOIA, APPELLANT, v. CITY OF SUMMIT, RESPONDENT.

Argued June 30, 1916—Decided November 20, 1916.

On appeal from the Supreme Court, whose opinion is reported *ante p.* 154.

For the plaintiff-appellant, *Anthony R. Finelli.*

For the defendant-respondent, *Corra N. Williams.*

PER CURIAM.·

We think the payment was voluntary. The present plaintiff had the option to pay or appeal. He chose to pay. He cannot recover back the money. The judgment is affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF ·JUSTICE, SWAYZE, PARKER, BERGEN, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, JJ.   10.

*For reversal*—None.